UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | No. 2:21-cv-2038-TLN-CKD |
| Plaintiff, | |
| v. | ORDER |
| JOHN DOE subscriber assigned IP address 76.103.85.120, | |
| Defendant. | |

Plaintiff filed this matter on November 3, 2021, alleging it holds the copyright on various adult films, and that defendant is infringing on those copyrights by anonymously downloading and distributing Strike 3's films to others using the BitTorrent protocol. (ECF No. 1.) Plaintiff's status report filed on January 5, 2021 is before the court. (ECF No. 5.) In the status report, plaintiff advises the court that defendant's internet service provider has not yet responded to plaintiff's third-party subpoena. As such, plaintiff is unable to submit a complete status report at this time.

However, on January 4, 2022, plaintiff's counsel was contacted by counsel for defendant. Counsel for the parties are entering into a confidentiality agreement to allow for the exchange of information necessary to conduct settlement communications. In addition, counsel for the parties have agreed to conduct the informal conference with the court as set forth in the court's November 22, 2021 order. Prior to doing so, however, counsel for the parties would like to see if

1

they can resolve the matter without the need for the court's intervention. Plaintiff suggests the court set a further deadline of February 7, 2022 by which the parties must contact the court to schedule an informal conference if they desire to have one.

Good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiff's request is granted.

2. The parties shall contact the court on or before February 7, 2022 to schedule an informal conference if they desire to have one.

3. If the parties do not contact the court to schedule an informal conference, then plaintiff shall file a further status report that includes the information set forth in the courts November 22, 2021 order within 30 days from the date of this order

Dated:  January 10, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.Strike3.2038.conf